**Motion Granted; Order filed September 5, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00047-CR
_____

**SOLOMON GETACHEW WORKU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1799333**

## ORDER

Appellant is represented by retained counsel, Matthew DeLuca. Appellant's brief was originally due May 28, 2013. We granted three extensions of time to file appellant's brief until August 28, 2013. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On August 28, 2013, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We grant the request and issue the following order.

We order Matthew DeLuca to file a brief with the clerk of this court on or before **October 3, 2013**.

Texas Rule of Appellate Procedure 38.8(b)(2) provides:

Notice. If the appellant's brief is not timely filed, the appellate clerk must notify counsel for the parties and the trial court of that fact. If the appellate court does not receive a satisfactory response within ten days, the court must order the trial court to immediately conduct a hearing to determine whether the appellant desires to prosecute his appeal, whether the appellant is indigent, or, if not indigent, whether retained counsel has abandoned the appeal, and to make appropriate findings and recommendations.

If Matthew DeLuca does not timely file the brief as ordered, the court may issue an order requiring appointment of counsel.

PER CURIAM